# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wilson, Charles R | 2. Court or Organization<br><br>USCA, 11th Circuit | 3. Date of Report<br><br>04/25/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>801 N. Florida Avenue, 16-B<br>Tampa, FL 33602 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting Individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Advisory Council Member | Notre Dame Law School Advisory Council |
| 2. Member | American Bar Association Accreditation Committee |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 04/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Regions Bank Salary |
| 2. 2007 | Am South Bank Salary |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 1/11/07 - 1/13/07 | Snowbird, UT | Seminar Speaker | airfare, transportation, lodging & meals |
| 2. | American Bar Association | 1/24/07 - 1/27/07 | Austin, Texas | Accreditation Cmte. | airfare, transportation, lodging & meals |
| 3. | Brooklyn Law School | 3/30/07 - 4/1/07 | Brooklyn, NY | Moot Court Judge | airfare, transportation, lodging & meals |
| 4. | U.S. Department of Justice | 3/22/07 - 3/23/07 | Columbia, SC | Seminar Speaker | airfare, transportation, lodging & meals |
| 5. | Harvard Law School | 4/5/07 - 4/8/07 | Boston, MA | 'Moot Court Judge | airfare, transportation, lodging & meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 04/25/2008 |

| 6. | Southwestern Law School | 4/13/07 - 4/2/07 | Los Angeles, CA | Moot Court Judge | airfare, transportation, lodging & meals |
|---|---|---|---|---|---|
| 7. | American Bar Association | 4/19/07 - 4/21/07 | Chicago, Illinois | Accreditation Cmte. | airfare, transportation, lodging & meals |
| 8. | Western State University | 4/22/07 - 4/24/07 | Los Angeles, CA | Moot Court Judge | airfare, transportation, lodging & meals |
| 9. | American Bar Association | 6/21/07 - 6/23/07 | Whitefish, MT | Accreditation Cmte. | airfare, transportation, lodging & meals |
| 10. | American Bar Association | 6/24/07 - 6/29/07 | Beijing, China | Accreditation Cmte. | airfare, transportation, lodging & meals |
| 11. | American Bar Association | 9/26/07 | Chicago, Illinois | Seminar Speaker | airfare, transportation, lodging & meals |
| 12. | American Bar Association | 10/25/07 - 10/27/07 | Salt Lake City, UT | Accreditation Cmte. | airfare, transportation, lodging & meals |
| 13. | Wake Forest University | 11/15/07 - 11/18/07 | Winston-Salem, NC | Moot Court Judge | airfare, transportation, lodging & meals |
| 14. | | | | | |
| 15. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 04/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Mortgage on ▮▮▮ home (Santa Rosa Beach, FL) (part VII, line 1) | M |
| 2. | American Express | revolving credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Charles R | 04/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  ▮▮▮ home, Santa Rosa Beach, FL | E | Rent | O | W | | | | | |
| 2.  Condominium, Tampa, FL | | None | O | W | | | | | |
| 3.  Suntrust 401K, widely diversified | A | Int./Div. | K | T | | | | | |
| 4.  Suntrust Mutual Funds | A | Int./Div. | J | T | | | | | |
| 5.  Suntrust Money Market Funds | A | Int./Div. | J | T | | | | | |
| 6.  Am South Stock Plan | A | None | J | T | sold | 1/07 | J | | |
| 7.  Regions 401K | A | None | J | T | buy | 5/07 | J | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Wilson, Charles R | 04/25/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544